UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
In re:

JAMES H. FORNEY, JR.,

                        Debtor.

Case No. 14-72143 (REG)

Chapter 7

---------------------------------------------------------------- X
LINDA FORNEY,

                        Plaintiff,

         -against-

JAMES H. FORNEY, JR.,

                        Defendant.

Adv. Pro. No. 14-08206 (REG)

---------------------------------------------------------------- X

## **ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL TO THE DEBTOR**

Upon the motion (the "Motion") of Macco & Stern, LLP, attorneys for James H. Forney (the "Debtor"), for an order permitting Macco & Stern, LLP, leave to withdraw as counsel to the Debtor in the above-referenced adversary proceeding, and all annexed documents thereto; and notice of the Motion being on file with the Court; and such notice being sufficient and proper; and no further notice being necessary nor required; and no objection to the Motion or the relief sought therein being filed or received; and upon the hearing held before this Court on January 7, 2014 (the "Hearing"); and Michael J. Macco, Esq., having appeared at the Hearing; and there being no opposition to the Motion or relief sought herein presented at the Hearing; and it appearing that the relief is appropriate; it is hereby

      **ORDERED,** that the Motion is granted; and it is further

**ORDERED**, that Macco & Stern, LLP, is granted leave to withdraw as attorneys for the Debtor in the above-referenced adversary proceeding.

Dated: Central Islip, New York                **Robert E. Grossman**
January 9, 2015                                        **United States Bankruptcy Judge**